UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **v.** § | |
| § | No. A-22-CR-040-LY |
| **MICHAEL CLEMENT** § | |
| § | |
| § | |

**ORDER**

Before the Court is Defendant Michael Clement's Motion to Withdraw as Counsel and for Appointment of New Counsel, Dkt. 21. The District Court referred this motion to the undersigned Magistrate Judge. Dkt. 22. The motion indicates that Clement's present counsel, the Federal Public Defender, seeks to withdraw as a result of a recently discovered conflict of interest. Dkt. 21. Having reviewed the request, the undersigned hereby determines that the motion should be granted.

IT IS THEREFORE ORDERED that the motion, Dkt. 44, is GRANTED. Mr. Aldredge is permitted to WITHDRAW as counsel for Defendant, and the Court hereby APPOINTS Jon Evans, 806 W. 11th Street, Austin, TX 78701, (512) 476-4075, jontevans@aol.com, to represent Defendant going forward. The Court FURTHER ORDERS that Mr. Aldredge meet with Mr. Evans at the earliest opportunity to give Mr. Evans a copy of the file and bring him up-to-date with regard to the representation of Defendant. Thereafter, Mr. Aldredge has no further responsibilities in this case.

SIGNED March 21, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE